UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS PERRY,<br>   Petitioner,<br><br>   v.<br><br>PETER PEPE,<br>   Respondent. | )<br>)<br>)<br>)  C.A. No. 15-13970-NMG<br>)<br>)<br>) |

ORDER FOR DISMISSAL

GORTON, D.J.

  On November 25, 2015, petitioner Marcus Perry filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 but failed to pay the $5.00 filing fee or file an application for a waiver of the filing fee. On April 12, 2016, a Procedural Order (Docket No. 5) issued directing petitioner either to pay the $5.00 filing fee or file a Motion for Leave to *Proceed in forma pauperis* along with his certified prison account statement, by May 3, 2016.

  To date, no filing fee has been paid and no *in forma pauperis* motion has been filed.

  Accordingly, for the failure of petitioner to satisfy the filing fee requirements of this Court and for failure to comply with the Procedural Order, this action is hereby <u>DISMISSED</u> without prejudice.


SO ORDERED.

                   /s/ Nathaniel M. Gorton
<u>June 10. 2016</u>           NATHANIEL M. GORTON
DATE              UNITED STATES DISTRICT JUDGE